UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff(s),

v.                                                                              Case No.  2:06-mj-25-07

MARK ALLEN KELLER, JR.,                               HON. TIMOTHY P. GREELEY

       Defendant(s).
_____/

ORDER OF DETENTION

       Defendant appeared before the undersigned on October 3, 2006, for purposes of a preliminary examination and detention hearing.  At that time, defendant advised the court he was waiving his right to both hearings at this time.  Accordingly, IT IS HEREBY ORDERED that defendant be detained pending sentencing.

       IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an  attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

       IT IS SO ORDERED.

                                     /s/ Timothy P. Greeley
                                     TIMOTHY P. GREELEY
                                     UNITED STATES MAGISTRATE JUDGE

Dated:   October 4, 2006